In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-11-00653-CR

_____

### JUSTIN ALLEN O'NEAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 18515**

### MEMORANDUM OPINION

Appellant Justin Allen O'Neal filed a motion to dismiss his appeal pursuant to Tex. R. App. P. 42.2. The request to dismiss the appeal is signed by appellant personally and joined by counsel of record, who previously filed a brief certifying that he could find no arguable error upon which to base an appeal. No opinion has issued in this appeal. The appellant requests immediate issuance of our mandate. *See* Tex. R. App. P. 18.1(c). The motion is granted, and the appeal is therefore dismissed. We direct the clerk to issue the mandate immediately.

1

APPEAL DISMISSED.

                                       _____

                                             CHARLES KREGER
                                                  Justice

Submitted September 19, 2012
Opinion Delivered October 10, 2012
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.